IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MRAVINTZ | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 08-1619 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Lenihan |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| | ) | Re: Doc. Nos. 8 &10 |
| Defendant. | ) | |

**ORDER**

**AND NOW** this 2nd day of December , 2009 it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment at Doc. No.8 is **DENIED.**

It is further **ORDERED** that Defendant's Motion for Summary Judgment at Doc. No. 10 is **GRANTED.**

It is further **ORDERED** that Civil Action No. 08-1619 be dismissed with prejudice. The clerk shall mark the case **CLOSED.**

Lisa Pupo Lenihan
United States Magistrate Judge

cc:
All counsel of record
Via electronic filing